UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | Civil Action No. 25-4408 (TJK) |

## JOINT PROPOSED SCHEDULE

Pursuant to the Court's February 10, 2026, Minute Order, Plaintiff, Judicial Watch, Inc., and Defendant, Department of Homeland Security ("DHS"), hereby submit the following joint proposed schedule for further proceedings in this Freedom of Information Act ("FOIA") matter, filed on December 18, 2025 (ECF No. 1).

　　1.　　Plaintiff has requested electronic communications (emails and text messages) of United States Secret Service personnel regarding certain protesters at a specific location on a specific date under the Freedom of Information Act.  *See* ECF No 1 at ¶ 5.

　　2.　　Defendant has completed the search for responsive documents and identified no responsive documents. Defendant provided a description of the search to Plaintiff on February 17, 2026.

　　3.　　The parties have agreed to continue to work together cooperatively to determine next steps for this case, ideally to narrow the issues in dispute or resolve the matter without further litigation.

4.      Additionally, key FOIA staff at DHS are furloughed as a result of the partial government shutdown, which will limit Defendant's ability to provide responses to any inquiries from Plaintiff until the shutdown is resolved.

5.      Accordingly, the parties respectfully request that they file a joint status report on or before March 27, 2026, to update the Court on the status of this matter and, if necessary, propose a briefing schedule for summary judgment motions.

Dated: February 23, 2026
Washington, DC

Respectfully submitted,

*/s/Ramona R. Cotca*
RAMONA R. COTCA
KARA DAVIS
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
(202) 646-5172
rcotca@judicialwatch.org
kdavis@judicialwatch.org

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Allison I. Brown*
ALLISON I. BROWN
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7822
allison.brown2@usdoj.gov

*Attorneys for Plaintiff*

*Attorneys for the United States of America*